FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 14, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LORI KOCH,<br><br>          Plaintiff,<br><br>vs.<br><br>KLICKITAT COUNTY HEALTH DEPARTMENT; KLICKITAT COUNTY; and CARLA DIONNE, an individual,<br><br>          Defendants. | No. 1:21-cv-3001-MKD<br><br><br>**ORDER OF DISMISSAL WITH PREJUDICE AND CLOSING FILE**<br><br><br>**ECF NO. 23** |

Before the Court is the parties' Stipulated Motion to Dismiss pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). ECF No. 23. The parties have consented to proceed before a magistrate judge. ECF No. 10. The parties indicate a settlement has been reached and the above-entitled action is voluntarily dismissed by stipulation with prejudice.

Accordingly, **IT IS HEREBY ORDERED**:

1.    The parties' Stipulated Motion to Dismiss (**ECF No. 23**) is **GRANTED**.

ORDER -- 1

2.      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, the Complaint and all claims therein are **DISMISSED WITH PRJEUDICE** and without costs or attorney fees to any party.

3.      All pending deadlines and hearings are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and CLOSE the file.

DATED September 14, 2021.

s/ *Mary K. Dimke*
Mary K. Dimke
United States Magistrate Judge

ORDER -- 2